UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICREDIT FINANCIAL SERVICES INC., *et al.*,<br><br>              Defendants. | Case No. C25-2162-JHC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

      Dated this 3rd day of November, 2025.

                                                   MICHELLE L. PETERSON
                                                   United States Magistrate Judge